IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PENOVIA LLC** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:14-CV-00176 |
| | § | |
| **HEWLETT-PACKARD COMPANY** | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT HEWLETT-PACKARD COMPANY'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S ORIGINAL COMPLAINT**

On this day came on to be considered Defendant Hewlett-Packard Company's Unopposed Motion for Extension of Time to Respond to Plaintiff's Original Complaint and the Court having now reviewed said motion finds that it is well taken and should be granted. It is therefore:

**ORDERED** that Defendant Hewlett-Packard Company's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby **GRANTED** and Defendant Hewlett-Packard Company shall have up to and including June 9, 2014, in which to answer, move, or otherwise respond to Plaintiff's Original Complaint. The Parties are cautioned that no additional extensions of time will be granted absent a showing of good cause. Mere agreement of the parties does not constitute good cause.

So ORDERED and SIGNED this 2nd day of May, 2014.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE